UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re:

| | | |
|---|---|---|
| ALAN ALBERT LOURENCO | : | CHAPTER 7 |
| | : | |
| Debtor | : | CASE NO. 18-51399 |
| ---------------------------------------------------------------x | | |
| DANIEL LOURENCEO | : | ADV. PROC. NO. 19-05017 |
| | : | |
| Plaintiff | : | |
| vs. | : | |
| | : | |
| ALAN ALBERT LOURENCO, ALBERT LOURENCO, A L REAL ESTATE HOLDINGS LLC, L&L PARTNERS, LLC, DANBURY RENT-A TRUCK, INC. | : | |
| | : | |
| Defendants | : | |
| ---------------------------------------------------------------x | | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE, that the undersigned attorney hereby enters an appearance in the above-captioned adversary proceeding on behalf of Alan Albert Lourenco and, pursuant to 11 U.S.C. §342(a) and Rules 2002, 2018, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be given in this case and all papers, documents and/or pleadings filed herein, served or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the office, Post Office address, email address, telephone and facsimile numbers set forth below.

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the rules and statutes specified above but also includes, without

limitation, every order, application, motion, petition, pleading, request, complaint, demand, or other document which is filed with or brought before this court or which affects the debtor or the property of the debtor or of the estate (and any and all notices of hearing with respect to any of the foregoing), whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex or otherwise.

PLEASE TAKE FURTHER NOTICE, that neither this Notice, Demand and Request nor any later appearance, pleading, claim, or suit shall waive (1) any right to have final orders and judgments in core and non-core matters entered only after de novo review by a District Court Judge; (2) any right to trial by jury in any proceedings so triable in this case or in any case, controversy, or proceedings related to this case; (3) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which Alan Albert Lourenco is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments of Alan Albert Lourenco are hereby fully and expressly reserved.

Dated at Bridgeport, Connecticut, this 9th day of September, 2019

Alan Albert Lourenco,

By:   /s/ Matthew K. Beatman
MATTHEW K. BEATMAN (ct08923)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th floor
Bridgeport, CT  06604
(203) 368-4234
email MBeatman@zeislaw.com
His Attorney

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re:

| | | |
|---|---|---|
| ALAN ALBERT LOURENCO | : | CHAPTER 7 |
| | : | |
| Debtor | : | CASE NO. 18-51399 |
| ---------------------------------------------------------------x | | |
| DANIEL LOURENCEO | : | ADV. PROC. NO. 19-05017 |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| ALAN ALBERT LOURENCO, ALBERT LOURENCO, A L REAL ESTATE HOLDINGS LLC, L&L PARTNERS, LLC, DANBURY RENT-A TRUCK, INC. | : | |
| | : | |
| Defendants | : | |
| ---------------------------------------------------------------x | | |

**CERTIFICATION OF SERVICE**

This is to certify that on the 9th day of September, 2019, a true copy of the Appearance filed on behalf of Alan Albert Lourenco were served via the Court's electronic CM/ECF system or via US Mail to the following parties:

Via ECF to:

Timothy M. Herring    tmh@danburylaw.com

Christopher G. Winans    chris@cgwinansesq.com

Via Regular mail to:

Alan Albert Lourenco
106 Taunton Hill Road
Newtown, CT 06470

1

Albert A Lourenco
106 TAUNTON HILL ROAD
NEWTOWN, CT 06470

A L Real Estate Holdings, LLC
89 Triangle Street
Danbury, CT 06810

L & L Partners, LLC
89 Triangle Street
Danbury, CT 06810

Danbury Rent-A Truck, Inc.
89 Triangle Street
Danbury, CT 06810

        Dated at Bridgeport, Connecticut, this 9th day of September, 2019.

        Alan Albert Lourenco,

By:    __/s/ Matthew K. Beatman__
        MATTHEW K. BEATMAN (ct08923)
        ZEISLER & ZEISLER, P.C.
        10 Middle Street, 15th floor
        Bridgeport, CT  06604
        (203) 368-4234
        His Attorney