UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| IN RE: ALAN ALBERT LOURENCO<br>Debtor | ) <br>) <br>) <br>) <br>) | Case No. 18-51339 (JAM)<br>Chapter 7<br><br>Adversary Proceeding<br>No. 19-05017 (JAM) |
| DANIEL LOURENCO<br>    Plaintiff | ) <br>) <br>) | |
| v. | ) <br>) | |
| ALAN ALBERT LOURENCO, ET AL<br>    Defendants | ) <br>) | September 9, 2019 |

**JOINT MOTION FOR CONTINUANCE OF PRETRIAL CONFERENCE**

The parties jointly request that the Court continue the Pretrial Conference from September 17, 2019, at 11 a.m., to October 8, 2019, at 11 a.m. (but no later than 2 p.m. due to observance of Yom Kippur). The Plaintiff has consented to an extension of the responsive pleading deadline to September 27, 2019, for all defendants, and it would make sense to delay the Pretrial Conference until after this deadline. This is the first such motion for continuance.

Dated at Danbury, Connecticut, this 9th day of September, 2019.

ALBERT LOURENCO

By: _____
Timothy M. Herring, Esq.
Chipman Mazzucco Emerson LLC
Federal Bar No. ct26523
44 Old Ridgebury Road Suite 320
Danbury, CT 06810
Phone: (203) 744-1929 ext. 19
Fax: (203) 790-5954
Email: tmh@danburylaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on the 9th day of September, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: _____
Timothy M. Herring