State of Connecticut

County of Fairfield   SS: Danbury   8/13/19

At said Danbury   on   8/8/2019   I deposited in a U. S. Post Office, a letter addressed to:

    Albert Lourenco
    106 Taunton Hill Rd.
    Newtown, Ct.

Registerer, Cetified, return receipt requested, prepaid, in which letter contained a true and attested copy of the original Writ, Summons and Complaint and on the above date the receipt hereto attached was received by me.

Attest:

_____
J. Stephen Woods
State Marshal Fairfield County

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Albert Lourenco
106 Taunton Hill Rd.
(Cottage)
Newtown, Ct. 06470

9590 9402 4304 8190 0051 56

2. Article Number (Transfer from service label)

7018 2290 0000 7520 9738

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery