UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re:

| | | |
|---|---|---|
| ALAN ALBERT LOURENCO | : | CHAPTER 7 |
| | : | |
| Debtor | : | CASE NO. 18-51399 |
| ---------------------------------------------------------------x | | |
| DANIEL LOURENCEO | : | ADV. PROC. NO. 19-05017 |
| | : | |
| Plaintiff | : | |
| vs. | : | |
| | : | |
| ALAN ALBERT LOURENCO, ALBERT LOURENCO, A L REAL ESTATE HOLDINGS LLC, L&L PARTNERS, LLC, DANBURY RENT-A TRUCK, INC. | : : : : | |
| | : | |
| Defendants | : | |
| ---------------------------------------------------------------x | | |

**CONSENSUAL MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO CONTINUE PRETRIAL CONFERENCE**

The Defendant, Alan Albert Lourenco ("Defendant"), by and through his undersigned attorneys, respectfully requests respectfully request ON CONSENT an extension of time for all parties to respond to the Complaint through and including December 28, 2019 and continue the pretrial conference to December 17, 2019 filed by Plaintiff. In support thereof, the Defendant represents upon information and belief as follows:

1. On or about July 12, 2019, the Plaintiff commenced the above caption action seeking various forms of relief including, *inter alia*, the nondishargeability of certain alleged debts (he "Action").

1

2. The individual litigants in the case are related – the plaintiff Daniel Lourenco is the uncle of the Defendant and the brother of the other individual defendant, Albert Lourenco, who is the father of the Defendant.

3. This Court also scheduled the initial Pretrial Conference in this action for September 17, 2019.

4. On or about September 9, 2019, Matthew K. Beatman of Zeisler & Zeisler, P.C. filed an appearance on behalf of Alan Lourenco in the Action (Doc Id. 10). The undersigned is the attorney overseeing the defense of the matter and was reviewing the underlying allegations of the factually extensive complaint.

5. On or about September 9, 2019, a Joint Motion for Continuance of Pretrial Conference (Doc Id. 11) (the "Motion") was filed on consent on September 12, 2019 to give recently appearing counsel an opportunity to review the matter and discuss the case with counsel and to work on a response to the complaint. This Court granted the Motion and continued the Pretrial Conference to October 15, 2019 (Doc Id. 12).

6. The undersigned has had discussions about trying to get all the parties together to discuss settlement, preferably in mediation, before this matter has to proceed with litigation. He believes there is a consensus for mediation amongst the family members involved in the Action.

7. Unexpectantly, the undersigned learned for the first-time last week that he needed quadruple bypass surgery expeditiously. That surgery is now scheduled on October 4, 2019. Given

the nature of the surgery, it is not clear when the undersigned will be sufficiently healed and medically cleared to return to the office, but he hopes it will be no later than late November.

8. The undersigned has consulted with other attorneys in the Action to discuss the potential for mediation and if unsuccessful, to proceed with litigation and his situation. The undersigned also discussed furthering the Action after the undersigned's return to the office given his role in the case. All parties have consented to do that.

9. The parties are now consulting with their clients for approval of a mediation process to be scheduled after the undersigned returns to the office.

10. All counsel therefore believe that it would be preferable to continue all responsive dates in the case, including dates for any party to the case to respond to the complaint and for the completion of the Rule 26(f) report to December 28, 2019, and for the status conference to be continued to December 17, 2019, subject to further amendment as the parties would consider any proposed mediation to occur after the undersigned's return after surgery.

11. The undersigned counsel has conferred with all appearing counsel in the Action and they have consented to the relief requested herein.

WHEREFORE, the Defendant respectfully requests that the Court extend the time to respond to the Complaint filed by the Plaintiff for all parties and to file the Rule26(f) report to December 28, 2019 and continue the pretrial conference to December 17, 2019 and grant such other and further relief as the Court deems just and proper.

Dated this 24th day of September, 2019 at Bridgeport, Connecticut.

                ALAN ALBERT LOURENCO,
                THE DEFENDANT

    By:   / s / Matthew K. Beatman
         Matthew K. Beatman (ct08923)
         Zeisler & Zeisler, P.C.
         10 Middle Street
         15th Floor
         Bridgeport, CT  06604
         Tel. 203-368-4234
         Email: mkbeatman@zeislaw.com
         Attorney for the Defendant