UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re: | : | |
| ALAN ALBERT LOURENCO | : | CHAPTER 7 |
| Debtor | : | CASE NO. 18-51339 |
| ------------------------------------------------- | : | |
| DANIEL LOURENCO | : | ADV. PROC. NO. 19-05017 |
| Plaintiff | : | RE: ECF 27 |
| vs. | : | |
| ALAN ALBERT LOURENCO, ALBERT LOURENCO, A L REAL ESTATE HOLDINGS LLC, L&L PARTNERS, LLC, DANBURY RENT-A TRUCK, INC. | : | |
| Defendants | : | |

## ORDER GRANTING CONSENSUAL MOTION TO CONTINUE PRETRIAL CONFERENCE

The Consensual Motion to Continue Pretrial Conference having come before the Court, there being due and adequate notice of the relief sought therein and there being due and sufficient cause for the relief sought therein and such relief being on the consent of the appearing parties it is hereby

ORDERED: The Motion is granted; and it is further

ORDERED: The pretrial conference scheduled on February 4, 2020 is continued to February 11, 2020 at 11:00 a.m. at the United States Bankruptcy Court, 915 Lafayette Blvd., Room 123, Bridgeport, CT.

Dated at Bridgeport, Connecticut this 7th day of November, 2019.

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut