UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re:

| | | |
|---|---|---|
| ALAN ALBERT LOURENCO | : | CHAPTER 7 (JAM) |
| | : | |
| Debtor | : | CASE NO. 18-51399 |
| ----------------------------------------------------------------x | | |
| DANIEL LOURENCEO | : | ADV. PROC. NO. 19-05017 |
| | : | |
| Plaintiff | : | |
| vs. | : | |
| | : | |
| ALAN ALBERT LOURENCO, ALBERT LOURENCO, A L REAL ESTATE HOLDINGS LLC, L&L PARTNERS, LLC, DANBURY RENT-A TRUCK, INC. | : | |
| | : | |
| Defendants | : | |
| ----------------------------------------------------------------x | | |

**CONSENSUAL MOTION TO (1) EXTEND TIME TO RESPOND TO COMPLAINT, (2) FILE RULE 26(f) REPORT AND TO (3) CONTINUE THE PRETRIAL CONFERENCE**

The Defendant, Alan Albert Lourenco ("Defendant"), by and through his undersigned attorneys, respectfully moves ON CONSENT to extend the time to (1) respond to the complaint in the above captioned adversary proceeding, (2) file the Rule 26 (f) report from February 4, 2020 to February 25, 2020 and (3) to continue the pretrial conference scheduled on February 11, 2020 to March 3, 2020 as the parties have agreed to mediate their issues. In support thereof, the Defendant represents upon information and belief as follows:

1. On or about July 12, 2019, the Plaintiff commenced the above captioned action seeking various forms of relief including, *inter alia*, the nondishargeability of certain alleged debts (the "Action").

1

2.	The individual litigants in the case are related – the plaintiff Daniel Lourenco is the uncle of the Defendant and the brother of the other individual defendant, Albert Lourenco, who is the father of the Defendant.

3.	The initial Pretrial Conference in this action was scheduled for September 17, 2019.

4.	On or about September 9, 2019, Matthew K. Beatman of Zeisler & Zeisler, P.C. filed an appearance on behalf of Alan Lourenco in the Action (Doc Id. 10).

5.	A Joint Motion for Continuance of Pretrial Conference (Doc Id. 11) (the "Joint Motion") was filed on that same day and granted by order dated September 12, 2019 continuing the Pretrial Conference to October 15, 2019 (Doc Id. 12).

6.	On or about September 24, 2019, the Defendant filed a Motion to Extend Time to Answer Complaint and to Continue the Pretrial Conference based on major surgery for the undersigned counsel. This Court granted an extension of time to answer the complaint to December 28, 2019 and a continuance of the pretrial conference to February 4, 2020.

7.	This Court granted a further continuance of the pretrial conference from February 4, 2020, to February 11, 2020 due to a scheduling conflict.

8.	Since the undersigned returned to the office from medical leave, discussions have been underway to determine whether the parties would agree to mediate. While the parties have not reached a resolution, the parties reached agreement yesterday for mediation. The parties are now discussing the parameters on mediation and working on preparing lists of acceptable mediators so that they can agree upon a mediator. The parties would then contact the mediator to discuss availability and timing for the mediation.

9. As a result of their agreement to mediate, the parties have agreed that a short extension of the upcoming deadlines and pretrial conference would be in the parties' best interests and that the Debtor should make that request to the Court. Once the parties agree upon a mediator and further lock in the mediation process, the parties would then seek to stay the above caption action and/or extend further the dates being extended in this motion while the parties are in the mediation process.

10. The defendants in the above captioned action may, but are not required to file motions in the interim addressed to the complaint so that if the mediation is unsuccessful, the case may advance by consideration of those motions, but they specifically request that the Court not schedule any hearings or require the plaintiff to respond to motions they may file unless the parties reach an unsuccessful resolution of the mediation process.

11. All counsel therefore believe that it would be preferable to continue all responsive dates in the case, including dates for any party to the case to respond to the complaint and for the completion of the Rule 26(f) report to February 25, 2020 and for the pretrial conference scheduled on February 11, 2020 to be continued to March 3, 2020, without prejudice to the Debtor seeking a further extension as set forth above.

12. The undersigned counsel has conferred with all appearing counsel in the Action and they have consented to the relief requested herein.

WHEREFORE, the Defendant respectfully requests that the Court extend the time to respond to Complaint and File Rule 26(f) Report to February 25, 2020 and for the pretrial conference scheduled on February 11, 2020 to be continued to March 3, 2020 and grant such other

and further relief as the Court deems just and proper.

    Dated this 31st day of January, 2020 at Bridgeport, Connecticut.

                              ALAN ALBERT LOURENCO,
                              THE DEFENDANT

                By:  /s/ Matthew K. Beatman
                      Matthew K. Beatman (ct08923)
                      Zeisler & Zeisler, P.C.
                      10 Middle Street
                      15th Floor
                      Bridgeport, CT  06604
                      Tel. 203-368-4234
                      Email: mkbeatman@zeislaw.com
                      Attorney for the Defendant