UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re:

| | | |
|---|---|---|
| ALAN ALBERT LOURENCO | : | CHAPTER 7 |
| | : | |
| Debtor | : | CASE NO. 18-51399 |
| ------------------------------------------------x | | |
| DANIEL LOURENCO | : | ADV. PROC. NO. 19-05017 |
| | : | |
| Plaintiff | : | |
| vs. | : | |
| | : | |
| ALAN ALBERT LOURENCO, ALBERT LOURENCO, A L REAL ESTATE HOLDINGS LLC, L&L PARTNERS, LLC, DANBURY RENT-A TRUCK, INC. | : | |
| | : | |
| Defendants | : | |
| ------------------------------------------------x | | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND TO DISMISS PARTIES FOR MISJOINDER

Pursuant to Fed. R. Civ. P. 12(b)(1) and (6), incorporated herein by Fed. R. Bankr. P. 7012, the defendants, the debtor, Alan Albert Lourenco (the "Debtor"), Albert Lourenco ("Albert"), A L Real Estate Holdings, Inc. ("AL Holdings"), L&L Partners, LLC ("L&L"), and Danbury Rent-A Truck, Inc. ("DRT" and collectively with the Debtor, Albert, AL Holdings, and L&L, "Defendants") hereby move to dismiss all counts of the Complaint (the "Complaint") filed by the plaintiff, Daniel Lourenco ("Plaintiff"). Defendants move to dismiss Counts One through Twelve of the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) because those counts fail to state a claim upon which relief may be granted and/or Plaintiff lacks standing to bring those claims. Additionally, Defendants move to dismiss Counts Four and Five of the Complaint pursuant to Fed. R. Civ. P. 12(b)(1) because the Court lacks subject matter jurisdiction over these counts.

Pursuant to Fed. R. Civ. P. 20 and 21, incorporated herein by Fed. R. Bankr. P. 7020 and 7021, Defendants also move to dismiss defendants AL Holdings, L&L, and DRT as parties for misjoinder as Plaintiff asserts no claims for relief against them.

In compliance with D. Conn. L. Civ. R. 7(a), as incorporated herein by Local Bankr. R. 1001-1(b), the bases for Defendants' Motion to Dismiss Plaintiff's Complaint and to Dismiss Parties for Misjoinder are fully set forth in the memorandum of law filed concurrently herewith.

Dated this 25th day of February, 2020, at Bridgeport, Connecticut.

        DEFENDANTS
        ALAN ALBERT LORENCO,
        ALBERT LOURENCO,
        A L REAL ESTATE HOLDINGS LLC,
        L&L PARTNERS, LLC, DANBURY
        RENT-A TRUCK, INC.

By:   /s/ Matthew K. Beatman
       Matthew K. Beatman (ct08923)
       John L. Cesaroni (ct29309)
       ZEISLER & ZEISLER, P.C.
       10 Middle Street, 15th floor
       Bridgeport, Connecticut 06604
       (203) 368-4234
       mbeatman@zeislaw.com
       His Attorneys

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re:

| | | |
|---|---|---|
| ALAN ALBERT LOURENCO | : | CHAPTER 7 |
| | : | |
| Debtor | : | CASE NO. 18-51399 |
| ---------------------------------------------------------------x | | |
| DANIEL LOURENCO | : | ADV. PROC. NO. 19-05017 |
| | : | |
| Plaintiff | : | |
| vs. | : | |
| | : | |
| ALAN ALBERT LOURENCO, ALBERT LOURENCO, A L REAL ESTATE HOLDINGS LLC, L&L PARTNERS, LLC, DANBURY RENT-A TRUCK, INC. | : | |
| | : | |
| Defendants | : | |
| ---------------------------------------------------------------x | | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendants' Motion to Dismiss Plaintiff's Complaint and to Dismiss Parties for Misjoinder was served via the Court's electronic CM/ECF system on February 25, 2020 on all parties and/or counsel of record.

Dated this 25th day of February, 2020, at Bridgeport, Connecticut.

By: /s/ Matthew K. Beatman
Matthew K. Beatman (ct08923)
John L. Cesaroni  (ct29309)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th floor
Bridgeport, Connecticut 06604
(203) 368-4234
mbeatman@zeislaw.com

3