UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re:

| | | |
|---|---|---|
| ALAN ALBERT LOURENCO | : | CHAPTER 7 |
| | : | |
| Debtor | : | CASE NO. 18-51399 |
| ------------------------------------------------x | | |
| DANIEL LOURENCEO | : | ADV. PROC. NO. 19-05017 (JAM) |
| | : | |
| Plaintiff | : | |
| vs. | : | Re: ECF No. 47 |
| | : | |
| ALAN ALBERT LOURENCO, ALBERT LOURENCO, A L REAL ESTATE HOLDINGS LLC, L&L PARTNERS, LLC, DANBURY RENT-A TRUCK, INC. | : | |
| Defendants | : | |
| ------------------------------------------------x | | |

## ORDER GRANTING AMENDED MOTION TO STAY ADVERSARY PROCEEDING

The Consensual Amended Motion to Stay Adversary Proceeding to Allow Mediation to Proceed (the :Motion") having come before the Court, there being due and adequate notice of the relief sought therein and there being due and sufficient cause for the relief sought therein and such relief being on the consent of the appearing parties as they pursue mediation of certain matters, it is hereby

ORDERED, that the Motion is GRANTED; and the above captioned adversary proceeding is hereby stayed pending the conclusion of the mediation process amongst the parties in its entirety; and it is further

ORDERED that the parties are directed to report back to the Court within 30 days following conclusion of the mediation process amongst the parties in its entirety, including any follow up settlement discussions and memorialization of any settlement agreement between the parties following the mediation.

Dated at Bridgeport, Connecticut this 4th day of March, 2020.



*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut