# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
December 9, 2020

In re:

Alan Albert Lourenco
               Debtor*

Case Number: 18–51339 jam
Chapter: 7

Daniel C. Lourenco
               Plaintiff(s)

v.

Alan Albert Lourenco et al.
               Defendant(s)

Adversary Proceeding
No.: 19–05017 jam

### NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST
### AND
### NOTICE OF HEARING ON MOTION TO DISMISS

    The above captioned adversary proceeding was commenced by the filing of a Complaint seeking Denial of the Debtor's Discharge pursuant to 11 U.S.C. §727 of the Bankruptcy Code. A motion to dismiss the above captioned adversary proceeding has been filed.

    **PLEASE TAKE NOTICE** that as a creditor or party in interest, you may request to intervene or be substituted as a Party/Plaintiff in this adversary proceeding provided that you file a written Motion to Intervene or be Substituted as a Party/Plaintiff with the Clerk of the **United States Bankruptcy Court,** with a copy mailed to the Debtor, Debtor's Counsel and Plaintiff's counsel, no later than **January 6, 2021**.

    **PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's General Order #4 Regarding Court Operations under the Exigent Circumstances Created by COVID–19, a hearing will be held remotely using the ZoomGov platform on the Motion to Dismiss and/or any Motion to Intervene or to be Substituted as a Party/Plaintiff that is filed before the bar date will be held on **January 12, 2021** at **10:00 AM**. The Debtor and/or Plaintiff reserve the right to object to any such motion that is filed.

    **PLEASE TAKE FURTHER NOTICE** that in the absence of a timely filed Motion to Intervene or be Substituted as a Party/Plaintiff, an Order Dismissing the Complaint seeking Denial of the Debtor's Discharge pursuant to 11 U.S.C. §727 of the Bankruptcy Code may enter without further notice.

**See below for ZoomGov Connection Instructions to participate via video and/or telephonically.**

**Important Policy Notice to the Bar, Public, and Media**

Persons granted remote access to hearings and other proceedings held before the Court via ZoomGov, CourtSolutions, CourtCall, or any other remote communication platform, are reminded that pursuant to policy of the Judicial Conference of the United States and D. Conn. Bankr. L. R. 5073−1, it is absolutely prohibited to record, photograph, rebroadcast or retransmit such proceedings (including streaming, screen−shots or any other audio or video reproduction).

A violation of these prohibitions is subject to sanctions, including but not limited to restricted access to future hearings, removal of court issued media credentials, or any other sanctions deemed necessary by the Court.

**ZOOMGOV REMOTE HEARING INFORMATION FOR PARTICIPANTS :**

If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov. If you do not have an email address, you may call the Clerk's Office at (203)579−5808 for the instructions.

**PUBLIC ACCESS TO REMOTE HEARING–LISTEN ONLY**: If you are **not a Remote Hearing Participant** but would like to listen to the hearing, please use the court hearing conference line at 1−877−336−1274 and input the Access Code: 1077800 when prompted.

For further instruction and best practices for appearing remotely utilizing ZoomGov, please find the ZoomGov Guide for Participants on our website at www.ctb.uscourts.gov.

Dated: December 9, 2020

For the Court

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov